UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DEBORAH DIANNE WEST,

      Plaintiff,

v.

                                          Case No. 06-15269
                                          Honorable Patrick J. Duggan

TIGER WOODS, Golfer

      Defendant.
_____/

## OPINION AND ORDER SUMMARILY DISMISSING COMPLAINT

                At a session of said Court, held in the U.S.
                 District Courthouse, Eastern District
                 of Michigan, on December 1, 2006.

      PRESENT:    THE HONORABLE PATRICK J. DUGGAN
                         U.S. DISTRICT COURT JUDGE

      Plaintiff filed this lawsuit against Defendant, a professional golfer, alleging *inter alia* that Defendant has "assess [sic] by video and audio to every room in [her] house" and has "used night vision to see [her] bath[e], use the bathroom . . .", hired men to puncture a hole in the water hose of her vehicle, and, when the car was being repaired at a service station, had a camera with audio installed inside the vehicle. Plaintiff also has sought, and the Court has granted her, *in forma pauperis* status.

      Pursuant to 28 U.S.C. § 1915(e)(2)(B), the Court must dismiss any action filed *in forma pauperis* that is factually frivolous, malicious, fails to state a claim upon which relief may be granted, or seeks monetary relief against a defendant who is immune from

1

suit. Factual frivolousness includes allegations that are "clearly baseless," "fantastic," or "delusional." *See Neitzke v. Williams*, 490 U.S. 319, 327-28, 109 S. Ct. 1827, 1833 (1989). Plaintiff's present complaint is frivolous under Section 1915(e), as it is both fantastic and delusional.

Accordingly,

**IT IS ORDERED**, that Plaintiff's complaint is **DISMISSED**.

> s/PATRICK J. DUGGAN
> UNITED STATES DISTRICT JUDGE

Copy to:
Deborah West
Inkster, MI 48141